385 A.2d 1002

**COMMONWEALTH of Pennsylvania**

v.

**Albert MOORE, Appellant.**

Superior Court of Pennsylvania.

Argued Nov. 18, 1977.

Decided April 13, 1978.

G. William Bills, Jr., Pittsburgh, for appellant.

Robert L. Eberhardt, Assistant District Attorney, Pittsburgh, with him Robert E. Colville, District Attorney, Pittsburgh, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Judgment of sentence affirmed.

HOFFMAN, J., dissents on the grounds that the information contained in the search warrant was stale. See *Commonwealth v. Shaw*, 444 Pa. 110, 281 A.2d 897 (1971).

SPAETH, J., dissents. The warrant was tainted by a material misstatement of fact. See *Commonwealth v. Smith*, 250 Pa.Super. 436, 378 A.2d 1015 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.